**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                              :       NOTICE OF INTENT TO
                                                  FILE AN INFORMATION
MICHAEL HARDY,                     :

           Defendant.             :

- - - - - - - - - - - - - - - - - x

**08 CRIM 526**

JUDGE KOELTL

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        June 4, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

                By: _____
                     Randall W. Jackson
                     Assistant United States Attorney

              AGREED AND CONSENTED TO:

              By: _____
                     Sabrina P. Shroff
                     Attorney for Michael Hardy

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/08

6/5/08   WHEEL A