```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
```
 

```
UNITED STATES OF AMERICA        :

        v.                      :
                                          08 Cr.
MICHAEL HARDY,                  :

        Defendant.              :

- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
                          _____
                          Defendant

JUDGE KOELTL

                          _____
                          Counsel for Defendant


Date:   New York, New York
        June 11, 2008        _____
                             Witness
```

